B6A (Official Form 6A) (12/07)

In re  **Robert V. Marraro Jr.**                                      Case No.   **14-20112-C-13**   _____

                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Robert V. Marraro Jr.**                                                Case No.   __14-20112-C-13__
                                                                                             (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | - | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Security Service Checking account | - | $5.00 |
| | | Security Service Savings account | - | $5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living Room: television, dvd player, lamps (4) | - | $400.00 |
| | | Kitchen and Dining Room: refrigerator, coffee pot, pots, pans, dishes, flatware, table, chairs, blender | - | $600.00 |
| | | Bedroom 1: bed, dresser, clock, lamp, armile | - | $415.00 |
| | | Bedroom 2: lamps (2) | - | $50.00 |
| | | Bedroom 3: lamps (2) | - | $50.00 |
| | | Bedroom 4: lamps (2) | - | $50.00 |
| | | Bathroom: towels, linens, toileete artices, scale, electric toothbrush | - | $37.00 |
| | | Miscellaneous: washer, dryer, garden tools (10), lawn mower, weedeater, blower, wheel barrow | - | $425.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Animation art work (8), art paintings (15), records/CDs(50) | - | $1,675.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert V. Marraro Jr.**                                     Case No.   **14-20112-C-13**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | Suits (5), shirts (40), pants (10), shoes (20), coats (3) | - | $400.00 |
| 7. Furs and jewelry. | | watch, chain, rings (4) | - | $5,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Robert V. Marraro Jr.**                                                     Case No.   **14-20112-C-13**
                                                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Pay for Services Rendered | - | $300.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert V. Marraro Jr.**

Case No.   **14-20112-C-13**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 BMW 535i  101,000 miles | - | $17,050.00 |
| | | 2007 BMW X5  68,000 miles | - | $24,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Robert V. Marraro Jr.**                                    Case No.  **14-20112-C-13**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | | |

                                              ____4____  continuation sheets attached        **Total  >**        **$50,472.00**
                  (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Robert V. Marraro Jr.**                                      Case No.   **14-20112-C-13**
                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*
☑  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash on Hand | 11 U.S.C. § 522(d)(5) | $10.00 | $10.00 |
| Security Service Checking account | 11 U.S.C. § 522(d)(5) | $5.00 | $5.00 |
| Security Service Savings account | 11 U.S.C. § 522(d)(5) | $5.00 | $5.00 |
| Living Room: television, dvd player, lamps (4) | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Kitchen and Dining Room: refrigerator, coffee pot, pots, pans, dishes, flatware, table, chairs, blender | 11 U.S.C. § 522(d)(3) | $600.00 | $600.00 |
| Bedroom 1: bed, dresser, clock, lamp, armile | 11 U.S.C. § 522(d)(3) | $415.00 | $415.00 |
| Bedroom 2: lamps (2) | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Bedroom 3: lamps (2) | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Bedroom 4: lamps (2) | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Bathroom: towels, linens, toileete artices, scale, electric toothbrush | 11 U.S.C. § 522(d)(3) | $37.00 | $37.00 |
| Miscellaneous: washer, dryer, garden tools (10), lawn mower, weedeater, blower, wheel barrow | 11 U.S.C. § 522(d)(3) | $425.00 | $425.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$2,047.00** | **$2,047.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Robert V. Marraro Jr.**                                   Case No.   **14-20112-C-13**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Animation art work (8), art paintings (15), records/CDs(50) | 11 U.S.C. § 522(d)(5) | $1,675.00 | $1,675.00 |
| Suits (5), shirts (40), pants (10), shoes (20), coats (3) | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| watch, chain, rings (4) | 11 U.S.C. § 522(d)(4) | $1,550.00 | $5,000.00 |
| | 11 U.S.C. § 522(d)(5) | $3,450.00 | |
| Pay for Services Rendered | 11 U.S.C. § 522(d)(5) | $300.00 | $300.00 |
| 2008 BMW 535i  101,000 miles | 11 U.S.C. § 522(d)(2) | $0.00 | $17,050.00 |
| 2007 BMW X5  68,000 miles | 11 U.S.C. § 522(d)(5) | $5,500.00 | $24,000.00 |
| | | **$14,922.00** | **$50,472.00** |

B6D (Official Form 6D) (12/07)

In re  **Robert V. Marraro Jr.**                                   Case No.  **14-20112-C-13**
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx6888**<br><br>**Amercredit Financial Services**<br>**GM Financial**<br>**PO BOX 183853**<br>**Arlington, TX 76096** | | - | DATE INCURRED:  **07/2011**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2008 BMW 535I**<br>REMARKS:<br>**to be paid through the plan by the Chapter 13 Trustee**<br><br>VALUE:                    **$17,050.00** | | | | **$22,300.00** | **$5,250.00** |
| ACCT #: **xxx0384**<br><br>**Santander Consumer USA**<br>**8585 N Stemmons Fwy Ste 1100-N**<br>**Dallas, TX 75247** | | - | DATE INCURRED:  **6-2012**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2007 BMW X5**<br>REMARKS:<br>**to be paid through the plan by the Chapter 13 Trustee**<br><br>VALUE:                    **$24,000.00** | | | | **$18,500.00** | |
| ACCT #:<br><br>**US Department of HUD**<br>**1255 Corporate Drive # 300**<br>**Irving, TX 75038** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lien against Home**<br>COLLATERAL:<br>**Real Property foreclosed**<br>REMARKS:<br><br>VALUE:                    **$0.00** | | | | **Notice Only** | **Notice Only** |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$40,800.00** | **$5,250.00** |
| | | | Total (Use only on last page) > | | | | **$40,800.00** | **$5,250.00** |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____**No**_____continuation sheets attached

B6E (Official Form 6E) (04/13)

In re  **Robert V. Marraro Jr.**                                      Case No.    **14-20112-C-13**
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Robert V. Marraro Jr.**                                    Case No.  **14-20112-C-13**
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $3,345.23 | $3,345.23 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals (Totals of this page) > | $3,345.23 | $3,345.23 | $0.00 |

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/13) - Cont.

In re  **Robert V. Marraro Jr.**                                    Case No.   **14-20112-C-13**
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Malaise Law Firm** <br> **606 N. Carancahua Ste. 1100** <br> **Corpus Christi, TX 78401** | | - | DATE INCURRED: **06/26/2012** <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $3,500.00 | $3,500.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $3,500.00 | $3,500.00 | $0.00 |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $6,845.23 | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $6,845.23 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Robert V. Marraro Jr.**                                   Case No.   **14-20112-C-13**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ADT Security Services**<br>**PO BOX 371490**<br>**Pittsburgh, PA 15250** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Amercredit Financial Services**<br>**dba GM Financial**<br>**PO BOX 183853**<br>**Arlington, TX 76096** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**American Advertising Federation Corpus C**<br>**Yvonne Olvey, Treasurer**<br>**3830 Sweetbay**<br>**Corpus Christi, TX 78418** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**--Collections**<br>REMARKS: | | | | **$475.00** |
| ACCT #:<br>**Aspire Resources Inc.**<br>**PO Box 65970**<br>**West Des Moines, IA 50265-0970** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student loan**<br>REMARKS:<br>**Will pay directly outside the plan - not delinquent**<br>**Presently Deferred** | | | | **$20,000.00** |
| ACCT #:  **2783**<br>**Asset Acceptance Corp**<br>**P.O. Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for The Credit Store/Citibank**<br>REMARKS: | | | | **$2,210.40** |
| ACCT #:  **xxxx6015**<br>**Asset Acceptance Llc**<br>**Attention: Bankruptcy**<br>**PO Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED:  **06/2009**<br>CONSIDERATION:<br>**Collecting for Capital One**<br>REMARKS: | | | | **$1,207.00** |

Subtotal >    **$23,892.40**

Total >
(Use only on last page of the completed Schedule F.)

_____4_____continuation sheets attached

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert V. Marraro Jr.**          Case No. **14-20112-C-13**
                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx2432**<br>**Asset Acceptance Llc**<br>**Attention: Bankruptcy**<br>**PO Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED: **10/2007**<br>CONSIDERATION:<br>**Collecting for Southwestern Bell**<br>REMARKS: | | | | $117.72 |
| ACCT #: **xxx1914**<br>**Datasearch Inc**<br>**PO Box 461289**<br>**San Antonio, TX 78246** | | - | DATE INCURRED: **05/2012**<br>CONSIDERATION:<br>**Collecting for Randolph Brooks FCU**<br>REMARKS: | | | | $113.00 |
| ACCT #: **xxxxxxxx7320**<br>**Department Stores National Bank/Macys**<br>**Bankruptcy Processing**<br>**PO BOX 8053**<br>**Mason, OH 45040** | | - | DATE INCURRED: **01/2008**<br>CONSIDERATION:<br>**Collecting for Macys**<br>REMARKS: | | | | $469.57 |
| ACCT #:<br>**Dish Network**<br>**9601 S Meridian Blvd**<br>**Englewood, CO 80112** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Service**<br>REMARKS: | | | | $110.00 |
| ACCT #: **6735**<br>**Internal Revenue Service**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101** | | - | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $41.64 |
| ACCT #:<br>**Kirsten Bell Preseident**<br>**2710 N Shoreline Blvd**<br>**Corpus Christi, TX 78402** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**--Collections**<br>REMARKS:<br>**add creditor** | | | | $475.00 |

Sheet no. __1__ of __4__ continuation sheets attached to          Subtotal > | $1,326.93
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert V. Marraro Jr.**                                    Case No.    **14-20112-C-13**
                                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Linebarger Goggan Blair & Sampson, LLP** <br> **PO BOX 17428** <br> **Austin, TX 78760** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only for Nueces County** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **M&T Bank** <br> **PO BOX 62146** <br> **Baltimore, MD 21264** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Overdraft Charges** <br> REMARKS: | | | | **$1,700.00** |
| ACCT #:  **xxxxxx3919** <br> **Midland Funding** <br> **8875 Aero Dr** <br> **San Diego, CA 92123** | | - | DATE INCURRED:  **11/2008** <br> CONSIDERATION: <br> **Collecting for HSBC Card Services Inc** <br> REMARKS: | | | | **$627.00** |
| ACCT #:  **xxx.xxxxxxx.xxx0925** <br> **MRS Associates, Inc.** <br> **1930 Olney Ave.** <br> **Cherry Hill, NJ  08003** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for Verizon Wireless** <br> REMARKS: | | | | **$248.28** |
| ACCT #:  **xxxxxxxxxxxx7499** <br> **National Credit Adjust** <br> **327 W 4th Ave** <br> **Hutchinson, KS 67501** | | - | DATE INCURRED:  **07/2009** <br> CONSIDERATION: <br> **Collecting for HSBC** <br> REMARKS: | | | | **$953.00** |
| ACCT #: <br> **NEI Global Relocation Company** <br> **Attn: Adam Valenzuela** <br> **PO Box 241886** <br> **Omaha, NE 68124-5886** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **relocation costs** <br> REMARKS: | | | | **$13,697.58** |

Sheet no. _____**2**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$17,225.86**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert V. Marraro Jr.**                                    Case No.   **14-20112-C-13**
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Public Relations Society of America**<br>**33 Maiden Lane, 11th Floor**<br>**New York, NY 10038-5150** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Past due fees & conference fees**<br>REMARKS: | | | | $650.00 |
| ACCT #:<br>**Sleep Med Therapy Services**<br>**60 Chastain Center Boulevard Suite 66**<br>**Kennesaw, GA 30144** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,900.00 |
| ACCT #:<br>**Stream energy**<br>**PO BOX 650026**<br>**Dallas, TX 75265** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Service**<br>REMARKS: | | | | $284.04 |
| ACCT #:<br>**Texas A&M University**<br>**Scholarships & Financial Aid**<br>**PO BOX 30016**<br>**College Station, TX 77842** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student loan**<br>REMARKS: | | | | $1,100.00 |
| ACCT #:  **xxxx4980**<br>**TLRA**<br>**2707 North Loop West, Suite 400**<br>**Houston, TX 77008** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Christus Spohn Hospital**<br>REMARKS: | | | | $1,059.00 |
| ACCT #:  **xxxxxxxxxx0001**<br>**United Collection Bureau, Inc.**<br>**P.O. Box 140190**<br>**Toledo, OH 43614-0190** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Verizon Wireless Southwest**<br>REMARKS:<br>**ADD CREDITOR** | | | | $248.28 |

Sheet no. ____**3**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                                      **$5,241.32**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert V. Marraro Jr.**                                          Case No.  __14-20112-C-13__

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxxx-6715**<br><br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | - | DATE INCURRED:  **09/04/2001**<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**DEBT IS CURRENT - DEBTOR WILL CONTINUE TO PAY OUTSIDE THE PLAN** | | | | **$19,528.91** |
| ACCT #:  **xxxxxxxxxx7636**<br><br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | - | DATE INCURRED:  **09/04/2001**<br>CONSIDERATION:<br>**Educational**<br>REMARKS:<br>**DEBTOR WILL CONTINUE TO PAY OUTSIDE THE PLAN**<br>**Presently Deferred** | | | | **Notice Only** |
| ACCT #:  **2177**<br><br>**USAA Federal Savings Bank**<br>**co Weinstein and Riley**<br>**2001 Western Aveneu Ste 400**<br>**Seattle, WA 98121** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Overdraft Charges**<br>REMARKS: | | | | **$681.12** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached to                                Subtotal >                    **$20,210.03**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >                          **$67,896.54**

                                               **(Use only on last page of the completed Schedule F.)**

                                               **(Report also on Summary of Schedules and, if applicable, on the**

                                               **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Robert V. Marraro Jr.**                                      Case No.  **14-20112-C-13**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Adelina Esparza**<br>641 Sudbury<br>Corpus Christi, TX 78414 | Rental lease is for month to month on apartment.<br>Contract to be ASSUMED |
| **Sprint Nextel Correspondence**<br>Attin: Bankruptcy Dept<br>PO BOX 7949<br>Overland Park, KS 66207-0949 | 2 year Wireless Contract<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Robert V. Marraro Jr.**                                                    Case No.    **14-20112-C-13**
                                                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **V.** | **Marraro Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **14-20112-C-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1.  **Fill in your employment information.**

|  |  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | **Business Public Relations** | |
| | **Employer's name** | **Robert Marraro Professional Consu** | |
| | **Employer's address** | **6741 Sudbury** | |
| | | Number  Street | Number  Street |
| | | **Corpus Christi     TX     78414** | |
| | | City            State  Zip Code | City            State  Zip Code |
| | **How long employed there?** | **3 years** | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | |
| 3. | Estimate and list monthly overtime pay. | 3. **+** | **$0.00** | |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | **$0.00** | |

Debtor 1   **Robert**                    **V.**                      **Marraro Jr.**                    Case number (if known)   **14-20112-C-13**

First Name             Middle Name              Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .................................................. ➜ 4. | **$0.00** | |
| **5.** | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. **$0.00** | |
| | 5b. **Mandatory contributions for retirement plans** | 5b. **$0.00** | |
| | 5c. **Voluntary contributions for retirement plans** | 5c. **$0.00** | |
| | 5d. **Required repayments of retirement fund loans** | 5d. **$0.00** | |
| | 5e. **Insurance** | 5e. **$0.00** | |
| | 5f. **Domestic support obligations** | 5f. **$0.00** | |
| | 5g. **Union dues** | 5g. **$0.00** | |
| | 5h. **Other deductions.** | | |
| | Specify: | 5h.+ **$0.00** | |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. **$0.00** | |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4. | 7. **$0.00** | |
| **8.** | **List all other income regularly received:** | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. **$625.47** | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | 8b. **Interest and dividends** | 8b. **$0.00** | |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. **$0.00** | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | 8d. **Unemployment compensation** | 8d. **$0.00** | |
| | 8e. **Social Security** | 8e. **$0.00** | |
| | 8f. **Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: | 8f. **$0.00** | |
| | 8g. **Pension or retirement income** | 8g. **$0.00** | |
| | 8h. **Other monthly income.** | | |
| | Specify:  **See continuation sheet** | 8h.+ **$2,528.53** | |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. **$3,154.00** | |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. **$3,154.00** + = **$3,154.00** | |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.**  Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.  Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | |
| | Specify: | 11. + **$0.00** | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. **$3,154.00**  **Combined monthly income** | |

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   **Unemployed 13 months Debtor now working expects raises. Time will tell.**

Debtor 1   **Robert**                **V.**                **Marraro Jr.**                         Case number (if known)   **14-20112-C-13**

First Name              Middle Name              Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **8h.  Other Monthly Income (details)** | | |
| **Girlfriend Insurance Reimbursement** | **$256.00** | |
| **Unemployment Benefits** | **$1,286.00** | |
| **Girlfriend's Contribution** | **$986.53** | |
| Totals: | **$2,528.53** | |

Debtor 1  **Robert**                    **V.**                    **Marraro Jr.**            Case number (if known)   **14-20112-C-13**
                First Name               Middle Name                Last Name

8a.  Attached Statement (Debtor 1)

## CONSULTING

**Gross Monthly Income:**                                                                    $783.25

| Expense | Category | Amount |
|---|---|---|
| SUPPLIES | SUPPLIES | **$144.41** |
| BANK FEES | BANK FEES | **$13.37** |

**Total Monthly Expenses**                                                                   $157.78

**Net Monthly Income:**                                                                      $625.47

**Fill in this information to identify your case:**

| Debtor 1 | Robert | V. | Marraro Jr. |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)

| | First Name | Middle Name | Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **14-20112-C-13**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 expenses as of the
following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because
Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**      ☑ No

   Do not list Debtor 1 and      ☐ Yes. Fill out this information
   Debtor 2.                           for each dependent..................

   Do not state the
   dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**      ☑ No
      ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I).

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | _____ **$500.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | _____ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | _____ |
| 4d. Homeowner's association or condominium dues | 4d. | _____ |

Debtor 1   **Robert**                    **V.**                **Marraro Jr.**                    Case number (if known)   __14-20112-C-13__
     First Name          Middle Name          Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$0.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$0.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | |
| | 6d.  Other.  Specify:  __Cell Phone__ | 6d. | **$70.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$150.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$0.00** |
| 10. | **Personal care products and services** | 10. | |
| 11. | **Medical and dental expenses** | 11. | |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$0.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$60.00** |
| | 15b.  Health insurance | 15b. | **$320.00** |
| | 15c.  Vehicle insurance | 15c. | **$160.00** |
| | 15d.  Other insurance.  Specify: | 15d. | |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: **Storage Unit** | 17c. | **$194.00** |
| | 17d.  Other.  Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | |
| | 20b.  Real estate taxes | 20b. | |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.  Homeowner's association or condominium dues | 20e. | |

| Debtor 1 | **Robert** | **V.** | **Marraro Jr.** | Case number (if known) | **14-20112-C-13** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**21. Other.**  Specify: _____     21.   +_____

**22. Your monthly expenses.**    Add lines 4 through 21.
The result is your monthly expenses.     22.     **$1,654.00**

**23. Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.     23a.     **$3,154.00**

23b.   Copy your monthly expenses from line 22 above.     23b.   −   **$1,654.00**

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.     23c.     **$1,500.00**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

---

Official Form B 6J                **Schedule J: Your Expenses**                page 3

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

In re  **Robert V. Marraro Jr.**                                    Case No.    **14-20112-C-13**

                                                                    Chapter    **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $50,472.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $40,800.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $6,845.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $67,896.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $3,154.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $1,654.00 |
| TOTAL | | 26 | $50,472.00 | $115,541.77 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

In re  **Robert V. Marraro Jr.**

Case No.   **14-20112-C-13**

Chapter   **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$3,345.23** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$20,628.91** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$23,974.14** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | **$3,154.00** |
| Average Expenses (from Schedule J, Line 22) | **$1,654.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$1,452.50** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$5,250.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$6,845.23** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$67,896.54** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$73,146.54** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Robert V. Marraro Jr.**                                    Case No.  **14-20112-C-13**
                                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **28** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **3/20/2014**                              Signature  **/s/ Robert V. Marraro Jr.**
                                                            **Robert V. Marraro Jr.**


Date _____          Signature _____

                                       [If joint case, both spouses must sign.]


*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO:14-20112-C-13 |
|     Marraro Jr., Robert V. | § | |
| | § | |
|     Debtor(s) | § | CHAPTER 13 PROCEEDING |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Schedules  was mailed to the following parties via U.S. Mail, postage prepaid, or noticed through Electronic Filing if available:

**TRUSTEES**

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua, Suite 600
Corpus Christi, TX  78478

Barbara Jue
United States Trustee
606 N. Carancahua, Suite 1107
Corpus Christi, TX  78476

**DEBTOR(S)**

Robert V. Marraro Jr.
6741 Sudbury
Corpus Christi, TX 78414

**CREDITOR(S)**

** ALONG WITH THE ATTACHED MATRIX **

MALAISE LAW FIRM

  March 27, 2014      
Date

/s/ Pat B. Fossett        
J. Todd Malaise/Pat B. Fossett
SBOT 00796984/ 24004652
Attorney for Debtor (s)
606 N. Carancahua, Ste. 1100
Corpus Christi, Texas 78401
(361) 884-7400 Telephone
(361) 882-3299 Facsimile

Debtor(s):  **Robert V. Marraro Jr.**          Case No:  **14-20112-C-13**          **SOUTHERN DISTRICT OF TEXAS**
                                                      Chapter:  **13**                                              **CORPUS CHRISTI DIVISION**

Adelina Esparza
641 Sudbury
Corpus Christi, TX 78414

Kirsten Bell Preseident
2710 N Shoreline Blvd
Corpus Christi, TX 78402

Sleep Med Therapy Services
60 Chastain Center Boulevard Su
Kennesaw, GA 30144

ADT Security Services
PO BOX 371490
Pittsburgh, PA 15250

Linebarger Goggan Blair & Samps
PO BOX 17428
Austin, TX 78760

Sprint Nextel Correspondence
Attin: Bankruptcy Dept
PO BOX 7949
Overland Park, KS 66207-0949

Amercredit Financial Services
GM Financial
PO BOX 183853
Arlington, TX 76096

M&T Bank
PO BOX 62146
Baltimore, MD 21264

Stream energy
PO BOX 650026
Dallas, TX 75265

American Advertising Federation
Yvonne Olvey, Treasurer
3830 Sweetbay
Corpus Christi, TX 78418

Malaise Law Firm
606 N. Carancahua Ste. 1100
Corpus Christi, TX 78401

Texas A&M University
Scholarships & Financial Aid
PO BOX 30016
College Station, TX 77842

Aspire Resources Inc.
PO Box 65970
West Des Moines, IA 50265-0970

Midland Funding
8875 Aero Dr
San Diego, CA 92123

TLRA
2707 North Loop West, Suite 400
Houston, TX 77008

Asset Acceptance Corp
P.O. Box 2036
Warren, MI 48090

MRS Associates, Inc.
1930 Olney Ave.
Cherry Hill, NJ  08003

United Collection Bureau, Inc.
P.O. Box 140190
Toledo, OH 43614-0190

Datasearch Inc
PO Box 461289
San Antonio, TX 78246

National Credit Adjust
327 W 4th Ave
Hutchinson, KS 67501

US Department of HUD
1255 Corporate Drive # 300
Irving, TX 75038

Department Stores National Bank
Bankruptcy Processing
PO BOX 8053
Mason, OH 45040

NEI Global Relocation Company
Attn: Adam Valenzuela
PO Box 241886
Omaha, NE 68124-5886

Us Dept Of Education
Attn: Borrowers Service Dept
PO Box 5609
Greenville, TX 75403

Dish Network
9601 S Meridian Blvd
Englewood, CO 80112

Public Relations Society of Ame
33 Maiden Lane, 11th Floor
New York, NY 10038-5150

USAA Federal Savings Bank
co Weinstein and Riley
2001 Western Aveneu Ste 400
Seattle, WA 98121

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101

Santander Consumer USA
8585 N Stemmons Fwy Ste 1100-N
Dallas, TX 75247